UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JAMES M. JOHNSON,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

Case No.: 26-cv-03584-BJC-JLB

**ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY**

**[ECF No. 4]**

Before the Court is Plaintiff's Motion for Discovery. (ECF No. 4.) Plaintiff asks the Court for "all discovery material" relating to this case. (*Id.*) For the reasons set forth below, the Court **DENIES** the Motion.

On June 12, 2026, Plaintiff, proceeding *pro se*, commenced this action against the United States of America ("Defendant"). (ECF No. 1.) Plaintiff alleges that while in the custody of the Bureau of Prisons he was stabbed and sustained severe injuries including a collapsed lung and broken ribs. (*Id.* at 4-5.) Plaintiff alleges he was denied medical care by Defendant which significantly worsened his condition and led to complications in treatment. (*Id.*) Additionally, Plaintiff alleges that he did not receive the proper follow-up care, which resulted in an infection. (*Id*. at 6.)

On August 24, 2026, Plaintiff filed a Motion for Early Discovery for access to "all discovery material relating to [the] case." (ECF No. 4.) As of the date of this order, Plaintiff's Motion for Leave to Proceed in *Forma Pauperis* has not been ruled upon, Defendant has not filed a responsive pleading to the Complaint, Defendant has not filed an opposition to Plaintiff's expedited discovery request, and neither an Early Neutral Evaluation Conference nor a Case Management Conference have been held. The Court has not yet instructed the parties on Rule 26 compliance and has not issued a discovery schedule.

The customary timeline for civil cases in this district is:

> [t]he plaintiff files a complaint. The defendant files an answer. The Court sets an Early Neutral Evaluation Conference ("ENE"). If the parties do not reach settlement at the ENE, the Court sets a Case Management Conference ("CMC") and instructs the parties on Rule 26 compliance. Following the CMC, the Court issues a Scheduling Order regulating the pretrial and discovery schedule. Generally, a party may not serve discovery before the CMC.

*Olivas v. United States*, No. 11cv2606-WQH (WMc), 2013 WL 1222113, at *2 (S.D. Cal. Mar. 25, 2013). *See also* Fed. R. Civ. P. Rule 16 (setting forth the requirements for management of a case); CivLR 16.1.c.1 (providing that an ENE is to be held within 45 days of the filing of the answer in a regular case.).

In deciding whether to allow early discovery, courts apply a good cause standard. Good cause exists where the need for expedited discovery, in consideration of the administration of justice, outweighs the prejudice to the responding party. *See, e.g., Arista Records, LLC v. Does 1-43*, No. 07cv2357-LAB (POR), 2007 WL 4538697 at *1 (S.D. Cal. Dec. 20, 2007).

Here, Plaintiff has provided no justification for the early discovery request, requesting "all discovery material relating to [the] case," without further explanation. (ECF No. 4.) Plaintiff has not explained why expedited discovery is needed and has not elaborated on whether this request will cause prejudice to Defendant. In sum, Plaintiff has not demonstrated the requisite good cause in support of his request.

Accordingly, the Court **DENIES** Plaintiff's Motion for Discovery. (ECF No. 4.)

**IT IS SO ORDERED.**

Dated: September 4, 2026

Hon. Jill L. Burkhardt
United States Magistrate Judge